John J. PAVKOVICH, as Administrator of the Estate of Lucy Kempton, Respondent

v.

TEMPLE UNIVERSITY HOSPITAL, Satoshi Furukawa, M.D., Muhammad Kahn, M.D., Issam Mardini, M.D., Glenn E. Kershen, M.D., Dr. Beard, M.D., And Dr. Knutz, M.D.

Petition of Temple University Hospital, Satoshi Furukawa, M.D., and Glenn E. Kershen, M.D.

Supreme Court of Pennsylvania.

March 22, 2005.

### ORDER

PER CURIAM.

AND NOW, this 22nd day of March 2005, the Petition for Allowance of Appeal is granted. The Order of the Superior Court is reversed based on the decision of this Court in *Wolloch v. Aiken, et al.*, 572 Pa. 335, 815 A.2d 594 (Pa.2002).